FILED

08/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0044

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 20-0044

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

JOSEPH RICHARD POLAK II,

    Defendant and Appellant,

## ORDER

Upon consideration of Unopposed Motion for Extension of Time to File Reply to Response Brief of Appellee, and good cause appearing;

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time to and including September 9, 2021, within which to prepare, file, and serve Appellant's Reply to Response Brief of Appellee.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 9 2021